JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Mike DiGiulio
Leah Seliger

45 Broadway, Suite 320
New York, NY 10006
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

January 29, 2026

**VIA ECF**
Hon. Ann Donnelly
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Nazaire v. St. Barnabas Hospital., et al.* – **No: 24-cv-5022**

Dear Judge Donnelly,

We represent Plaintiff Kiara Nazaire in the above-referenced matter. We write as directed by the Court in its Order dated January 15, 2026 to provide an update as to the status of Plaintiff's First Claim for Relief, which asserts claims of retaliation and interference under the Family Medical Leave Act ("FMLA"). *See* ECF Dkt No. 27 (Am. Compl.) ¶¶ 38-44. At the conference held on January 15, the Court asked Plaintiff to inform it in this letter whether she intended on continuing with her FMLA claims.

After consideration, Plaintiff has agreed to voluntarily dismiss her FMLA claims (and only those FMLA claims). Thus, Plaintiff intends on proceeding with her Second through Sixth Claims for Relief. *See* Am. Compl. ¶¶ 45-69.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

 /s/Lucas C. Buzzard
Lucas C. Buzzard