JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Mike DiGiulio
Leah Seliger

45 Broadway, Suite 320
New York, NY 10006
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

February 12, 2026

**VIA ECF**
Hon. Ann Donnelly
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Nazaire v. St. Barnabas Hospital., et al.* **– No: 24-cv-5022**

Dear Judge Donnelly,

  We represent Plaintiff Kiara Nazaire in the above-referenced matter. We write to respectfully request that the Court enter a scheduling order concerning the submission of pretrial materials in this matter.

  During the premotion conference held on January 15, 2026, the Court indicated that it did not feel that summary judgment practice would be productive. Following that conference, Plaintiff submitted a status update on January 29, 2026 in which she indicated that she would voluntarily dismiss her claim under the Family Medical Leave Act. *See* ECF Dkt No. 47. In Plaintiff's view, the case is ready for trial on her remaining claims. As a result, she respectfully requests that the Court set a trial date and enter a scheduling order as to the submission of pretrial materials.

  We thank the Court for its time and attention to this matter.

              Respectfully submitted,

              _/s/Lucas C. Buzzard_____
              Lucas C. Buzzard