**GARFUNKEL WILD, P.C.**
ATTORNEYS AT LAW

900 STEWART AVENUE • GARDEN CITY, NEW YORK 11530
TEL (516) 393-2200 • FAX (516) 466-5964

[www.garfunkelwild.com](www.garfunkelwild.com)

**NICHOLAS M. SUMMO**
Senior Attorney
Licensed in NY, NJ, CT
Email: nsummo@garfunkelwild.com
Direct Dial: (516) 393-2594

FILE NO.:   00113.1850

February 24, 2026

**By ECF**

The Honorable Ann Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Nazaire v. JSNA, Inc. et al*
     Docket No. 1:24-CV-5022

Dear Judge Donnelly:

  We represent Defendant St. Barnabas Hospital (the "Hospital") in the above-referenced action. We write in response to the February 12 letter submitted by Lucas Buzzard, counsel for Plaintiff Kiara Nazaire, requesting that the Court set a trial date and enter a scheduling order for the submission of pretrial materials.

  The Hospital respectfully opposes Plaintiff's request to set a trial date at this time. As Mr. Buzzard is aware – having attended the parties' January 15, 2026 pre-motion conference – the Court did not foreclose any party from filing a motion for summary judgment.

  Accordingly, the Hospital respectfully requests that the Court instead establish a briefing schedule for summary judgment motion practice.

  We thank the Court for its time and consideration.

Respectfully submitted,

/s/ *Nicholas M. Summo*

Nicholas M. Summo

cc: All counsel record (*by PACER*).