## GARFUNKEL WILD, P.C.
### ATTORNEYS AT LAW

900 STEWART AVENUE • GARDEN CITY, NEW YORK 11530
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

NICHOLAS M. SUMMO
Senior Attorney
Licensed in NY, NJ, CT
Email: nsummo@garfunkelwild.com
Direct Dial: (516) 393-2594

FILE NO.:    00113.1850

April 21, 2026

**By ECF**

The Honorable Ann Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Nazaire v. JSNA, Inc. et al*
             Docket No. 1:24-CV-5022

Dear Judge Donnelly:

We represent defendant St. Barnabas Hospital (the "Hospital") in the above-referenced action. We write in response to the Court's Scheduling Order dated April 14, 2026, and to confirm that the Hospital intends to move for summary judgment.

The Hospital and plaintiff Kiara Nazaire respectfully request that the Court adopt the following briefing schedule:

- June 5, 2026: Hospital's motion due
- July 10, 2026: Plaintiff's cross-motion/opposition due
- August 10, 2026: Hospital's reply papers and opposition to cross-motion due
- August 24, 2026: Plaintiff's cross-motion reply due

We thank the Court for its time and consideration.

Respectfully submitted,

/s/ *Nicholas M. Summo*

Nicholas M. Summo

cc:    All counsel record (*by PACER*).

NEW YORK      NEW JERSEY      CONNECTICUT      FLORIDA      WASHINGTON, D.C.

4912-3203-2931v.2