# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

www.moodklaw.com

WESTCHESTER COUNTY OFFICE
*580 White Plains Road*
*Suite 620*
*Tarrytown, NY 10591*
*(914) 345-3701 Fax: (914) 345-3743*

*Belinda R. Boone*
Member NY Bar
(914) 593-7307
BBoone@moodklaw.com

April 21, 2026

By ECF
The Honorable Ann Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: Nazaire v. JSNA, Inc. et al
      Docket No. 1:24-CV-5022

Dear Judge Donnelly:

We currently represent JSNA, Inc. in the above-referenced action. Yesterday, Ms. Lorraine Russell, principal of JSNA, Inc., sent an email to inform me that she has retained new counsel for the above-referenced case. Later yesterday evening, I received a call from Carmen A. Nicolau, Esquire, of Chartwell Law Firm. Ms. Nicolau stated her intention to file a consent to change attorneys at her earliest convenience, and our office is prepared to facilitate transfer of the subject file.

In lieu of this recent development, I respectfully request that time be allowed for the incoming attorney to be fully briefed on this matter before she commits to a briefing schedule.

We thank the Court for its time and consideration.

Respectfully submitted,

Belinda R. Boone

Cc:    All Counsel of record (via PACER)
        Carmen Nicolau, Esq. (via email - cnicolaou@chartwelllaw.com)

| Philadelphia | Cherry Hill | Wilmington | Towson | New York | Pittsburgh |
|---|---|---|---|---|---|
| Pennsylvania | New Jersey | Delaware | Maryland | New York | Pennsylvania |