UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KIARA NAZAIRE,

                Plaintiff,                **Docket No.** 1:24-cv-05022 (AMD/PK)

           v.

JERSEY SHORE NURSING AGENCY
INCORPORATED d/b/a JERSEY SHORE
STAFFING AGENCY, INC. and ST.
BARNABAS HOSPITAL,

                Defendants.
-------------------------------------------------------X

Notice is hereby given that, subject to approval by the Court, Jersey Shore Nursing

Agency Incorporated substitutes **Carmen A. Nicolaou**, State Bar No., 3924461, as counsel of

record in place of Belinda R. Boone, Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.

Contact information for new counsel is as follows:

    Firm Name:   Chartwell Law

    Address:      140 Grand Street, Suite 900, White Plains, New York 10601

    Telephone:   (914) 259-8505

    Email:        cnicolaou@chartwelllaw.com

I consent to the above substitution        Jersey Shore Nursing Agency Incorporated d/b/a
                                    Jersey Shore Staffing Agency, Inc.

Date: April 20, 2026

                                      Lorraine Russell

The substitution of attorney is hereby approved and so ORDERED.
Date: April 20, 2026

_____

Hon.