

**Carmen A. Nicolaou, Esq.**
Direct Dial: (914) 259-8505
cnicolaou@chartwelllaw.com

**Reply To: White Plains Office**
140 Grand Street, Suite 900
White Plains, New York 10601
Phone: (914) 421-7777
Facsimile: (914) 206-3872

April 29, 2026

**Via ECF**
Honorable Ann Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Courtroom 4G
Brooklyn, New York 11201

> **Re:** **Nazaire v. Jersey Shore Agency Inc. et al**
> **Case No:** 1:24-cv-05022-AMD-PK
> **Our File No:** 10625.0129608

Dear Judge Donnelly:

This firm now represents Defendant, Jersey Shore Nursing Agency Incorporated d/b/a Jersey Shore Staffing Agency ("JSNA"), in the above-referenced matter.

JNSA respectfully submits this correspondence in response to the Court's Order dated April 27, 2026, directing JNSA to file a status letter by May 4, 2026, advising JSNA intends to file a Motion for Summary Judgment.

JNSA respectfully requests a brief extension of time through May 8, 2026, to submit its Status Letter as I am actively engaged in a trial in New York State Supreme Court, Kings County.

This application is being made with the consent of the Plaintiff and Counsel for Co-Defendant, St. Barnabas Hospital .

We thank Your Honor for your attention to this matter.

Very truly yours,

**CHARTWELL LAW**

**Carmen A. Nicolaou /s/**
By: _____
Carmen A. Nicolaou, Esq.

CAN/ss

cc: All parties via ECF