

**Carmen A. Nicolaou, Esq.**
Direct Dial: (914) 259-8505
cnicolaou@chartwelllaw.com

**Reply To: White Plains Office**
140 Grand Street, Suite 900
White Plains, New York 10601
Phone: (914) 421-7777
Facsimile: (914) 206-3872

May 8, 2026

**Via ECF**
Honorable Ann Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Courtroom 4G
Brooklyn, New York 11201

>          **Re:**    **Nazaire v. Jersey Shore Agency Inc. et al**
>                   **Case No:**      1:24-cv-05022-AMD-PK
>                   **Our File No:**   10625.0129608

Dear  Judge Donnelly:

This firm now represents Defendant, Jersey Shore Nursing Agency Incorporated d/b/a Jersey Shore Staffing Agency ("JSNA"), in the above-referenced matter.

JNSA respectfully submits this status letter pursuant to the Court's Scheduling Order dated April 29, 2026.

JSNA respectfully advises the Court that it intends to file a dispositive motion and respectfully requests that the Court issue a scheduling order.

We thank Your Honor for your attention to this matter.

>                         Very truly yours,
>
>                         **CHARTWELL LAW**
>
>                            **Carmen A. Nicolaou /s/**
>                    By: _____
>                              Carmen A. Nicolaou, Esq.

CAN/ss

cc: All parties via ECF