

**HAYLEI P. PEART, ESQ.**
Direct: (914) 334-7787
hpeart@chartwelllaw.com

**Reply To: White Plains Office**
140 Grand Street, Suite 900
White Plains, New York 10601
Phone: (914) 421-7777
Facsimile: (212) 968-2400

June 9, 2026

*VIA PACER*
Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    Nazaire v. Jersey Shore Nursing, et al.
                  Docket No. : 1:24-cv-05022-AMD-PK

Dear Honorable Judge Donnelly:

This office represents the Defendant Jersey Shore Nursing Incorporated d/b/a Jersey Shore Staffing Agency, Inc. (hereinafter "JSNA") in the above referenced matter. The undersigned writes, on consent of Plaintiff's counsel, to advise this Honorable Court that Plaintiff and Defendant JSNA have agreed to enter into a confidential settlement agreement in full satisfaction of plaintiff's claims against JSNA. A formal Stipulation of Discontinuance, with prejudice, will be filed as soon as possible.

Thank you for your time and attention to this matter thus far. Our office remains available should your Honor have any questions or concerns regarding this correspondence or those matters discussed herein.

          Very truly yours,

          **CHARTWELL LAW**

          By: _____
              **HAYLEI P. PEART, ESQ.**

HPP/

cc:    All Parties via PACER