**GARFUNKEL WILD, P.C.**
ATTORNEYS AT LAW
900 STEWART AVENUE • GARDEN CITY, NEW YORK 11530
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

**NICHOLAS M. SUMMO**
Senior Attorney
Licensed in NY, NJ, CT
Email: nsummo@garfunkelwild.com
Direct Dial: (516) 393-2594

**FILE NO.:** 00113.1850

August 19, 2026

**By ECF**

The Honorable Ann Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Nazaire v. Jersey Shore Nursing Agency, Inc., et al*
Case No. 1:24-CV-05022-AMD-PK

Dear Judge Donnelly:

We are counsel to defendant St. Barnabas Hospital (the "Hospital") in the referenced matter. We write with the consent of plaintiff Kiara Nazaire to respectfully request a two-week extension of the parties' August 25, 2026 deadline to file their replies to the oppositions to their respective motions for summary judgment, through and including September 8, 2026. This is the Hospital's first request for an extension of the reply deadline. The Hospital respectfully requests this extension because the undersigned has been out of the office due to family health issues.

We thank the Court for its time and consideration in connection with this request.

Respectfully submitted,

*/s/ Nicholas M. Summo*

Nicholas M. Summo

cc: All counsel of record (*by ECF*).